# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE KASSOWER, | |
|       Plaintiff(s), | Case No. 2:14-cv-02098-JAD-NJK |
| vs. | RECUSAL ORDER |
| JEWISH FEDERATION OF LAS VEGAS, | |
|       Defendant(s). | |

This matter was assigned to the undersigned Magistrate Judge on December 11, 2014. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: December 12, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge