1  KAMER ZUCKER ABBOTT
   Carol Davis Zucker          #2543
2  Nicole A. Young             #13423
   3000 W. Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel. (702) 259-8640
4  Fax (702) 259-8646
   czucker@kzalaw.com
5  nyoung@kzalaw.com

6  Attorneys for Defendant
   Jewish Federation of Las Vegas
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 JACQUELINE KASSOWER,              )
                                     )   Case No. 2:14-cv-02098-JAD-GWF
12                Plaintiff,         )
                                     )
13 vs.                               )
                                     )
14 JEWISH FEDERATION OF LAS VEGAS, a )   **STIPULATION AND ORDER FOR**
   Nevada Corporation; ROE Business Entities )   **DISMISSAL WITH PREJUDICE**
15 I-X and DOE Individuals I-X,      )
                                     )
16                Defendants.        )
                                     )
17 _____  )

18      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jacqueline

19 Kassower, by and through her counsel of record, hereby stipulates and agrees that the above

20 referenced action, and all claims that have and could have been brought against Defendant

21 Jewish Federation of Las Vegas, shall be dismissed *with prejudice*, with each party to bear its

22 own attorneys' fees and costs.

23 ///
24 ///
25 ///
26 ///
27 ///
28

WHEREFORE, the parties respectfully request that the above referenced action, and all claims that have and could have been brought against Defendant Jewish Federation of Las Vegas, shall be dismissed *with prejudice*, with each party to bear its own attorneys' fees and costs.

DATED this 16th day of April, 2015.

| KEMP & KEMP | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ James P. Kemp<br>James P. Kemp   #006375<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, Nevada 89130<br>Tel: (702) 258-1183<br>Fax: (702) 258-6983<br><br>Attorney for Plaintiff<br>Jacqueline Kassower | By: /s/ Carol Davis Zucker<br>Carol Davis Zucker   #2543<br>Nicole A. Young   #13423<br>3000 W. Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102-1990<br>Tel. (702) 259-8640<br>Fax (702) 259-8646<br><br>Attorneys for Defendant<br>Jewish Federation of Las Vegas |

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: April 16, 2015.

_____
UNITED STATES DISTRICT JUDGE